<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-1605**

———————

JOE E. TEAGUE, JR.,

        Plaintiff – Appellant,

    v.

NCDOT,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (5:07-cv-00045-F)

———————

Submitted: August 26, 2009      Decided: September 1, 2009

———————

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joe Edwards Teague, Jr., Appellant Pro Se. Tina Ann Krasner, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe E. Teague, Jr., seeks to appeal the district court's order denying his motion for reconsideration of the order and judgment granting the Defendant's motion to dismiss his 42 U.S.C. § 1983 (2006) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on March 23, 2009. The notice of appeal was filed on May 21, 2009. Because Teague failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2